# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LUTHER BULLOCK,**<br><br>　　　　　**Defendant.** | Case No. 25-CR-242 (CRC) |

## GOVERNMENT'S MOTION TO CONTINUE THE SENTENCING HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Continue the Sentencing Hearing in the above-captioned matter currently scheduled for Thursday March 12, 2026, at 10 a.m. In support of this motion, the government relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

1)　　The Court previously set the sentencing hearing in this matter for Thursday March 12, 2026, at 10 a.m.

2)　　Undersigned counsel for the government, who was not originally assigned to this matter until after the plea hearing, respectfully requests additional time to review the Pre-Sentence Report and supporting documents and prepare the government's sentencing memorandum, which is currently due to be filed on March 5, 2026.

3)　　In that regard, undersigned counsel requests that the sentencing hearing be re-scheduled briefly for an additional 5-7 days after March 12, 2026, and the sentencing memoranda for both parties be due 5-7 days prior to the new sentencing hearing date.

4)　　Undersigned counsel for the government has consulted counsel for the defendant,

Eugene Ohm, Esq., who opposes this instant request.

6) Wherefore, the government requests that the Court continue the Sentencing Hearing briefly for 5-7 days after March 12, 2026, and that the parties sentencing memoranda be filed 5-7 days prior to the new sentencing hearing in this matter, or whatever dates are consistent with the Court's calendar.

<div style="margin-left: 3em;">

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   /s/ Emory V. Cole
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692

</div>