# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 1:25-cr-242** |
| v. | |
| **LUTHER BULLOCK,** | |
| **Defendant.** | |

## OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE

Luther Bullock, through undersigned counsel, respectfully files his opposition to the government's Motion to Continue Sentencing.

Counsel responds briefly to advise the Court that Mr. Bullock objects only because he is currently residing with his mother in North Carolina. He has already purchased train tickets and made medical appointments in anticipation of his hearing in the District next week. He is disabled and indigent. As an alternative, counsel has advised the government it would not oppose a Motion to Late File his Sentencing Memorandum on March 9, 2026. Given government counsel's circumstances, the defense could wait until March 10, 2026.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500